UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAWN D. HARRIS,

        Plaintiff,                        Case No. 1:17-cv-242

v.                                        Honorable Paul L. Maloney

ROBERT COLOMBO, JR. et al.,

        Defendants.
_____/

**JUDGMENT**

        In accordance with the Opinion filed this date:

        IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim and as patently frivolous pursuant to 28 U.S.C. § 1915A.


Dated:  April 3, 2017                      /s/ Paul L. Maloney
                                                  Paul L. Maloney
                                                  United States District Judge